IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTAULIC COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 21-CV-5077 |
| | : |
| HITHERM, LLC, *et al.* | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, this 26th day of July, 2022, after review of the pending motions, having held argument thereto and pursuant to the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendant Difranchesco's Motion to Dismiss is **GRANTED**. He is dismissed from the case for a lack of personal jurisdiction;

2. Defendant Sufi's Motion to Dismiss is **DENIED**;

3. Defendant HiTHerm's Motion to Dismiss is **DENIED**; and

4. Plaintiff's Motion to Enjoin is **GRANTED**. Defendants are restrained and enjoined from proceeding with the litigation in the California court, and in any other case that may include the parties and matters at issue herein.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J**