## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTAULIC COMPANY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 21-5077 |
| HiTHERM, LLC *et al.*, | : |
| Defendants. | : |

### ORDER

**AND NOW**, this 4th day of April, 2024, upon consideration of the Motion for Summary Judgment (ECF No. 138) by Plaintiff Victaulic Company and Counter-Defendant Jeffrey Webster, the Motion for Summary Judgment (ECF No. 136) filed by Defendants HiTHERM, LLC and Aniq Sufi, and the parties' corresponding oppositions and replies, and having held oral argument on the matter on January 23, 2024, it is hereby **ORDERED** that the parties' Motions (ECF Nos. 136, 138) are **GRANTED IN PART AND DENIED IN PART** as set forth in the accompanying memorandum.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**