IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTAULIC COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>HITHERM, LLC, a California corporation; and ANIQ SUFI, an individual;<br><br>    Defendants. | CIVIL ACTION NO.: 5:21-cv-05077-JLS |
| HITHERM, LLC, a California corporation,<br><br>    Defendant/Counter-Claimant,<br><br>    v.<br><br>VICTAULIC COMPANY, and JEFFREY WEBSTER, an individual,<br><br>    Plaintiff/Counter-Defendants. | |

**NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Counter-Defendant Victaulic Company ("Victaulic") hereby moves this Court for an order granting Victaulic's motion for reasonable attorney's fees and costs totaling $174,272.35 and ordering HiTHERM, LLC and Aniq Sufi ("Defendants") and Defendants' counsel to pay such sum. For the reasons explained in the accompanying supporting memorandum of law, Victaulic respectfully requests that the Court grant this Motion and order payment of attorney's fees and costs within thirty days of its Order.

The Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Law and Declaration of Aryeh L. Kaplan, and such other matters as may be presented to the Court at the time of the hearing.

Dated: April 26, 2024

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Aryeh L. Kaplan*
Aryeh L. Kaplan
Nina T. Martinez
600 Brickell Avenue, Suite 3100
Miami, FL 33131
*Admitted pro hac vice*

Colin T. Kemp
Dustin Chase-Woods
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
*Admitted pro hac vice*

FLORIO PERRUCCI STEINHARDT CAPPELLI TIPTON & TAYLOR LLC
Brian R. Tipton, Esquire
Attorney ID: 84457
235 Broubalow Way
Phillipsburg, NJ 08865

***Attorneys for Plaintiff/Counter-Defendant Victaulic Company and Counter-Defendant Jeffrey Webster***