IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTAULIC COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>HITHERM, LLC, *et al.*,<br><br>*Defendants*,<br><br>———<br><br>HITHERM, LLC,<br><br>*Counterclaimant*,<br><br>v.<br><br>VICTAULIC COMPANY, *et al.*,<br><br>*Counter-Defendants*. | CIVIL ACTION<br>NO. 21-5077 |

**O R D E R**

**AND NOW**, this 9th day of December, 2024, after reviewing the parties' submissions related to the Counter-Defendants' Motion for Sanctions Against Defendants Based on Newly Discovered Evidence, ECF No. 177, and after holding oral argument, it is hereby **ORDERED** that the motion is **GRANTED IN PART**. All counterclaims of HiTHERM, LLC are hereby **STRICKEN**.

                                        BY THE COURT:

                                        */s/ Jeffrey L. Schmehl*
                                        **JEFFREY L. SCHMEHL, J.**