IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTAULIC COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>HITHERM, LLC, *et al.*,<br><br>*Defendants*,<br><hr>HITHERM, LLC,<br><br>*Counterclaimant*,<br><br>v.<br><br>VICTAULIC COMPANY, *et al.*,<br><br>*Counter-Defendants*. | CIVIL ACTION<br>NO. 21-5077 |

**O R D E R**

**AND NOW**, this 9th day of December, 2024, after reviewing the parties' submissions related to Plaintiff Victaulic Company's Motion for Attorney's Fees, ECF No. 169, and after holding oral argument, the Court concludes that the rates of, and time expended by, Victaulic's counsel are reasonable.  It is hereby **ORDERED** that the motion is **GRANTED** and that Defendants, and their counsel, are required to pay $174,272.35 in reasonable attorney's fees and costs to Victaulic within thirty days.

                                              **BY THE COURT:**

                                              */s/ Jeffrey L. Schmehl*
                                              **JEFFREY L. SCHMEHL, J.**